Simon L. Adler, as Trustee in Bankruptcy of the Rochester Sanitarium and Baths Company, a Corporation, Bankrupt, Respondent, v. Weis & Fisher Company, Appellant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred; Foote, J., not sitting.

William J. Perry, Sr., as Administrator, etc., Plaintiff, v. Rochester Lime Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Perry Morgan and Others, Respondents, v. Milan Sherman, Appellant. — Judgment and order affirmed, with costs. All concurred.

In the Matter of the Habeas Corpus of James F. Allen, Appellant. Warden of Dannemora State Prison, Respondent.-- Order affirmed. All concurred.

Griffith Solomon Jones, Respondent, v. Rome Hollow Wire and Tube Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Fremont C. McKoon, Respondent, v. Dilts Machine Works, Inc., Appellant.—Judgment and order affirmed, with costs. All concurred.

Ada M. Hall and Edward F. Hall, Respondents, v. Arthur G. Hall, Appellant.— Judgment affirmed, with costs. All concurred.

George F. Burbidge, Appellant, v. Manhattan Bedding Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Anthony & Jones Company, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Joseph Bolger, by Edward Bolger, His Guardian ad Litem, Respondent, v. The Haas Tobacco Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles Ehrlicher, Appellant, v. Sanford C. Peters, Respondent.— Judgment affirmed, with costs. All concurred.

Patrick T. Fitzgerald, Respondent, v. Albert B. Tibbitts, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frank Castall, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Judgment affirmed, with costs. All concurred.

Samuel L. Hartman, Appellant, v. Lyons Republican Company, Respondent.— Judgment affirmed, with costs. All concurred.

Frank Allenza, as Administrator, etc., Respondent, v. The Erie Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

John Griffin, Appellant, v. Charles H. Armsted and Others, Respondents. Decision amended by providing that it be without prejudice to an application at Special Term to sever the causes of action set forth in the complaint, or for such other relief as may be proper.

Fidelity Trust Company of Rochester, as Executor, etc., of Harriet F. Newcomb, Deceased, Respondent, v. Benjamin Hill Smith and Another,